# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 16-16751-MDC

KENGRA S. TAYLOR
LUIS M. MENA JR.
P.O. BOX 148

PHOENIXVILLE, PA 19468-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KENGRA S. TAYLOR
    LUIS M. MENA JR.
    P.O. BOX 148

    PHOENIXVILLE, PA 19468-

Counsel for debtor(s), by electronic notice only.

    TIMOTHY WILFONG
    20 S MAIN ST

    PHOENIXVILLE, PA 19460-

Date: 12/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee